**FILED**

**Dec 03, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>  v.<br><br>CASHMIR CHINEDU LUKE,<br>AKA CHINEDU CASHMIRE OSUAGWU,<br>AKA CASHMER C. OSUAGWU,<br><br>                 Defendant. | CASE NO. 1:25-MJ-00064-SKO<br><br>ORDER UNSEALING COMPLAINT |

Good cause due to the Defendant; pending appearance and the Defendant's initial appearance following his arrest in the Northern District of California, it is hereby ordered that the Complaint against the Defendant in the above-captioned case be unsealed.

DATED:     12/2/25

                                                             HON. BARBARA A. MCAULIFFE
                                                             UNITED STATES MAGISTRATE JUDGE